P. W. Gustafson, etc., Appellee, v. Libertyville Motors, Inc., etc., et al., Appellant.
Libertyville Motors, Inc., etc., Counter-Claimant-Appellant, v. P. W. Gustafson, et al., Counter-Defendants-Appellees.

Gen. No. 10,867. (Abstract of Decision.)

Second District.

November 14, 1955.

Released for publication December 1, 1955.

Boyles & Fisher, for appellant; Robert L. Huttner, and Winston, Strawn, Black & Towner, for appellees; Frank B. Gilmer, and David Keegan, of counsel. PRESIDING JUSTICE DOVE delivered the opinion of the court. Not to be published in full.